cat / div _2255/510/Dade_

Case # _____

Judge _MORE_   Mag _PAU_

Motn Ifp _n/a_   Fee pd $ __n/a__

Receipt # _____

Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | | District | |
|---|---|---|---|
| Name (under which you were convicted): Michael Angelo Gordon | | | Docket or Case No.: 11-CR-20311-KMM |
| Place of Confinement: FCI-McDowell, P.O. BOX 1009; Welch, WV 24801 | | Prisoner No.: 95171-004 | |
| UNITED STATES OF AMERICA | | Movant (include name under which you were convicted) | |
| | v. | Michael Angelo Gordon | |

FILED by ____ D.C

FEB 1 9 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA.; MIAMI

**13-CV-20612-MOORE/WHITE**

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

    United States District Court for the Southern District of Florida,
    400 North Miami Avenue, Room 8
    Miami, FL 33128

    (b) Criminal docket or case number (if you know): 11-CR-20311-KMM

2. (a) Date of the judgment of conviction (if you know): June 20, 2011

    (b) Date of sentencing: August 31, 2011

3. Length of sentence: 82 Months Imprisonment

4. Nature of crime (all counts): Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. 922(g).

5. (a) What was your plea? (Check one)

    (1)   Not guilty ❏          (2)   Guilty ☒          (3)   Nolo contendere (no contest) ❏

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)          Jury ❏          Judge only ❏

`

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ❏     No ☒

8.  Did you appeal from the judgment of conviction?     Yes ☒     No ❏

9.  If you did appeal, answer the following:

    (a) Name of court: United States Court of Appeals for the Eleventh Circuit

    (b) Docket or case number (if you know): Appeal No. 11-14221

    (c) Result: Sentence Affirmed.

    (d) Date of result (if you know): April 30, 2012

    (e) Citation to the case (if you know): 476 Fed. Appx. 375

    (f) Grounds raised:

    (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ❏     No ☒

    If "Yes," answer the following:

    (1) Docket or case number (if you know):

    (2) Result:

    (3) Date of result (if you know):

    (4) Citation to the case (if you know):

    (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ❏     No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a)  (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?     Yes ❑  No ❑

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?     Yes ❑   No ❑

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:     Yes ❑   No ❑

    (2)  Second petition:     Yes ❑   No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

```
Counsel was ineffective for failing to object to and appeal the
Court's upward departure pursuant to 4A1.3 without giving the
petitioner notice prior to sentencing.
```

```
              (SEE SUPPORTING MEMORANDUM)
```

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? 

Yes ❏   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

```
    Ineffective Assistance of Counsel
```

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

 

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

 

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

 

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

 

**GROUND TWO:** INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel was ineffective for failing to provide the petitioner with a copy of his Presentence Investigation Report and/or review the Presentence Investigation Report with him prior to sentencing.

(SEE SUPPORTING MEMORANDUM)

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:

      `Ineffective Assistance of Counsel`

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑   No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** INEFFECTIVE ASSISTANCE OF COUNSEL

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):
Counsel was ineffective for failing to object to and/or appeal the procedural reasonableness of the petitioner's sentence.

(SEE SUPPORTING MEMORANDUM)

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
Ineffective Assistance of Counsel

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ❑  No ❑

    (2) If you did not raise this issue in your direct appeal, explain why:


(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ❑  No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


    (3) Did you receive a hearing on your motion, petition, or application?

      Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ❑  No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ❑  No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Ineffective Assistance of Counsel.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ❑   No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: Raymond D'Arsey Houlihan, III; Assistant Federal Public Defender; Federal Public Defender's Office; Southern District of Florida, Miami Division.
(b) At arraignment and plea:
SAME

(c) At trial:
N/A

(d) At sentencing:
SAME

Page 12

(e) On appeal:  Philip Robert Horowitz; Law Office of Philip Robert Horowitz, Esq.; Miami, Fl

(f) In any post-conviction proceeding:  N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?        Yes ❑ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ❑ No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:


(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ❑  No ❑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you
must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not
bar your motion.*

```
In the petitioner's case, his conviction became final 90
days after the Eleventh Circuit Court of Appeals rendered
it's decision affirming his sentence on April 30, 2012.
The filing of the instant petition is timely filed within
the one-year statute of limitations under 28 U.S.C. § 2255.
```

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section.  The limitation period
shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in
violation of the Constitution or laws of the United States is removed, if the movant was
prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if
that right has been newly recognized by the Supreme Court and made retroactively
applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been
discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: The petitioner prays that this Honorable Court conduct an evidentiary hearing in order to determine the issues and make findings of fact and conclusions of law thereto and also grant this Motion under 28 U.S.C. § 2255; or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

            (month, date, year).

Executed (signed) on _02-12-2013_ (date).

_Michael Howden_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.